UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | S1 26 Cr. 113 (MMG) |
| DANNY VELAZQUEZ,<br>HENRY BATISTA, and<br>SANTOS RIVERA,<br><br>Defendants. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Rita Maxwell and Frank Balsamello;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:     New York, New
           York May 27, 2026

HONORABLE MARGARET M. GARNETT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK