# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (917) 594-5666
Fax (917) 594-5667

Tel (973) 648-6777
Fax (917) 594-5667

June 10, 2026

Hon. Margaret M. Garnett
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*The defendant has until June 19, 2026, to satisfy the remaining bond condition. The bail conditions are hereby modified to require one financially responsible person in addition to the defendant's father co-signing the bond as a person with moral suasion.*

*Dated: June 16, 2026*

Re:     United States v. Batista
        Case No. 26 Cr. 13 (MMG)

Dear Judge Garnett:

At the initial appearance on May 26, 2026, the Court set conditions for Henry Batista's pretrial release, including that his bond be signed by two financially responsible persons. The Court gave him until today, June 10, 2026, to satisfy this condition.

Although, Mr. Batista has been compliant with all of the other conditions of his pretrial release, he has been unsuccessful in obtaining suitable co-signors. His father, Henry Batista, Sr., interviewed with the Government but was not approved because he has only been in the United States for six months and does not meet the financial threshold.

Accordingly, I request additional time, until June 19, 2026, to satisfy this remaining condition. The Government, by AUSA Frank Balsamello, consents to this request. In addition, I request that the Court modify his bail conditions to require one instead of two approved co-signer in addition to his father who, while not satisfying the financial requirements of surety, can provide moral suasion.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano, Esq.
Attorney for Henry Batista

cc: All Counsel of Record (by ECF)