**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 25, 2026

Request GRANTED. The proposed briefing schedule is ADOPTED as set forth in this letter. The status conference scheduled for September 29th is hereby ADJOURNED until Monday, December 21, 2026, at 11:00 a.m. Speedy Trial time is excluded through December 21, 2026, to allow for motion practice and continued discussions about a potential disposition of this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 52. SO ORDERED.

Dated: September 28, 2026

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***United States v. Danny Velazquez, et al.*,**
**S1 26 Cr. 13 (MMG)**

Dear Judge Garnett:

The Government respectfully writes on behalf of the parties in advance of the scheduled September 29, 2026 conference in the above-captioned matter. The Government has been in contact with Mr. Velazquez's counsel, Ms. Lenox, who informed the Government that she has a conflict during the scheduled conference and would need to request an adjournment. In light of Ms. Lenox's conflict, and the current status of the case (discovery has been produced to all defendants), the Government contacted all defense counsel and proposed (1) an adjournment of the conference, and (2) a request that the Court order a schedule for defendants' motions, with a conference to follow. The parties have agreed, and propose the following schedule for defendants' motions:

- Defense motions due November 13;
- Government opposition due December 2;
- Defense replies, if any, due December 9; and
- Conference on a date after December 9 convenient for the Court.[1]

The Government moves for exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through the next conference date set by the Court, to permit the parties to continue

[1] Ms. Lenox has standing conflicts on (1) Tuesday mornings, and (2) Mondays and Wednesdays after 4 p.m., and respectfully requests that the Court not schedule the conference during these times.

discussions concerning a potential resolution and to allow the defendants time to prepare and file motions. The defendants, through counsel, consent to the exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By : s/______________________
Frank Balsamello
Rita Maxwell
Assistant United States Attorneys
(212) 637-2325 / -2206

cc: Counsel of Record
(by ECF)