USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Henry Batista

Defendant(s).

26-CR-00013-02 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Bail Hearing in this matter is scheduled for Thursday, November 5, 2026, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: October 29, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge