USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Henry Batista

Defendant(s).

26-CR-00013-02 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Bail Hearing in this matter is scheduled for November 24, 2026, at 4:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: November 23, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge