USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Henry Batista

Defendant(s).

26-CR-00013-02 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

ORDERED, that the defendant, Henry Batista, USMS #65817-512 is hereby remanded to the custody of the United States Marshal.

Dated: November 24, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge